**No. 09-8642. Dennell Malone, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3458, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 4989.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 349 Fed. Appx. 121.